# Order

**Supreme Court**
**Lansing, Michigan**

September 21, 2005

Clifford W. Taylor,
Chief Justice

127912 & (24)

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

RANDALL G. PAIGE (Deceased),
   Plaintiff-Appellee,

v

            SC: 127912
            COA: 256451
            WCAC: 03-000085

CITY OF STERLING HEIGHTS, Self-Insured,
and ACCIDENT FUND COMPANY,
    Defendants-Appellants.

_____/

   On order of the Court, the motion to file brief amicus curiae is GRANTED. The application for leave to appeal the January 10, 2005 order of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(l), we direct the Clerk to schedule oral argument on whether to grant the application or take other peremptory action permitted by MCR 7.302(G)(l) with respect to defendant's first two issues. The parties shall include among the issues to be addressed at oral argument: (1) whether this Court's decision in *Robinson v City of Detroit*, 462 Mich 439 (2000), overruled *Hagerman v Gencorp Automotive*, 457 Mich 720 (1998); and (2) whether this case should be remanded to the WCAC for a determination of Adam Paige's factual dependency as of the date of his father's death, in accord with *Runnion v Speidel*, 270 Mich 18 (1934). The parties may file supplemental briefs within 28 days of the date of this order, but they should avoid submitting mere restatement of arguments made in application papers.



   I, CORBIN R. DAVIS, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

   September 21, 2005                             
t0914                     Clerk